# EXHIBIT 4

File Edit Disk Options Tools Plug-Ins Window Help
Legacy ASCII
C:\Users\brentc\Desktop\EZresearch\modfiles\EZfiles\BullyDogBootStrap.bin
000007DE FFFF 436F 7079 7269 6768 7420 4275 6C6C 7944 6F67 2032 3031 30FF FFFF FFFF FFFF FFFF
..Copyright BullyDog 2010.........
C:\Users\brentc\Desktop\EZresearch\modfiles\EZfiles\EZBootstrap.bin
000007DE FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF FFFF
Data Inspector
Data at offset 0x000007E0:
int8 67
uint8 67
int16 17263
uint16 17263
int32 1131376761
uint32 1131376761
int64 485922618...
uint64 485922618...
half flo... 3.7167969
float 239.43935
double 7.079513e+...
DATE <invalid>
DOS d... 11/15/2013
DOS ti... 8:27:30 AM
FILETI... <invalid>
time_t 3:19:21 PM ...
time64_t <invalid>
binary 011010000...
Expression Calc
Signed 32 bit
Eval
BullyDog... EZBootst...
Structur... standard-types (standard-types.hsl)
Member Value (dec) Value (hex) Size
BullyDogBootStrap.bin vs EZBootstrap.bin
All
Type Source Count Count Target Count Count
Match... 00000000 2016 07E0 00000000 2016 07E0
Repla... 000007E0 23 17 000007E0 23 17
Match... 000007F7 9 09 000007F7 9 09

