# EXHIBIT 5

| Abs Time(Sec) | Description | Network | CAN ID Arb ID | Byte 1 B1 | Byte 2 B2 | Byte 3 B3 | Byte 4 B4 | Byte 5 B5 | Byte 6 B6 | Byte 7 B7 | Byte 8 B8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 913.563987 | HS CAN $7E0 | HS CAN | 7.00E+00 | 7 | BD | 2B | 0 | E9 | 7 | 2E | 9 | Message From Tool (EZ-Link) |
| 913.57473 | HS CAN $7E8 | HS CAN | 7.00E+08 | 3 | 7F | BD | 11 | 0 | 0 | 0 | 0 | Response from ECU |