# EXHIBIT 6

| Bully Dog GT | H&S Mini |
|---|---|
|  |  |
|  |  |