IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| DERIVE POWER, LLC, and DERIVE SYSTEMS INC., | : | |
| Plaintiff, | : | ORDER OF RECUSAL |
| vs. | : | |
| EZ LYNK, SEZC; H&S PERFORMANCE, LLC, et al, | : | Case No. 2:16cv1066 |
| Defendant. | : | |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 18th day of October, 2016.

BY THE COURT:

_____
David Sam
United States District Judge