# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| DERIVE POWER, LLC; and DERIVE SYSTEMS, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>EZ LYNK, SEZC; H&S PERFORMANCE, LLC; THOMAS WOOD; LANCE HUNTER TECHIT, LLC; GDP TUNING, LLC; and POWER PERFORMANCE ENTERPRISES, INC.;<br><br>Defendants. | **ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br><br>Case No. 2:16-cv-01066-BSJ<br><br>Judge Bruce S. Jenkins |

Plaintiffs' Stipulated Motion for Entry of Stipulated Protective Order is GRANTED. The Stipulated Protective Order (attached as Exhibit A to Plaintiffs' Motion) is hereby ORDERED AND ENTERED.

Dated this _____ day of December, 2017

_____
Bruce S. Jenkins
U.S. Senior District Judge