Brent O. Hatch (5715)
 bhatch@hjdlaw.com
Lara A. Swensen (8493)
 lswensen@hjdlaw.com
HATCH, JAMES, & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666

Michael J. Songer (admitted *pro hac vice*)
 msonger@crowell.com
Vincent J. Galluzzo (admitted *pro hac vice*)
 vgalluzzo@crowell.com
Christine B. Hawes (admitted *pro hac vice*)
 chawes@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116

*Attorneys for Plaintiffs Derive Power, LLC
and Derive Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| DERIVE POWER, LLC; and DERIVE SYSTEMS, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>EZ LYNK, SEZC; H&S PERFORMANCE, LLC; THOMAS WOOD; LANCE HUNTER; TECHIT, LLC; GDP TUNING, LLC; and POWER PERFORMANCE ENTERPRISES, INC.;<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF INTENT TO REQUEST REDACTION REGARDING JUNE 14, 2018 HEARING TRANSCRIPT**<br><br>Case No. 2:16-cv-01066-BSJ<br><br>Judge Bruce S. Jenkins |

Plaintiffs Derive Power, LLC and Derive Systems, Inc. (collectively, "Derive") previously filed a Notice of Intent to Request Redaction regarding transcripts of hearings before this Court on two dates – June 13, 2018 and June 14, 2018.  Derive timely filed a Motion to Redact concerning the June 13, 2018 hearing transcript on July 17, 2018.  However, upon closer review of the June 14, 2018 hearing transcript, Derive determined that it was not necessary to redact the transcript of

1

those proceedings. Accordingly, Derive hereby withdraws its prior Notice with respect *only* to the June 14, 2018 transcript.

Dated: July 25, 2018.

                                                Respectfully,

                                                /s/ Brent O. Hatch
                                                Brent O. Hatch
                                                HATCH, JAMES & DODGE, P.C.

                                                Michael J. Songer
                                                CROWELL & MORING LLP

cc:     Court Reporter Patti Walker
        Court Reporter Ed Young

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2018, I caused a copy of the foregoing to be filed using the Court's CM/ECF electronic filing system, which provides service to all counsel of record.

/s/ Brent O. Hatch
Brent O. Hatch
