# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:16cv1066

Derive Power et al v. EZ Lynk SEZC et al

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Michael Songer, Lara A. Swensen, Astor H. Heaven, Christine Hawes, Brent Hatch and Vincent Galluzzo |
| Dft | Arthur Berger, Samuel C. Straight - Power Performance Enterprises |
| Dft | Jared J. Braithwaite, Daniel R. Barber - Thomas Wood & Techit, |
| Dft | James T. Burton, Cameron M. Hancock - EZ Lynk SEZC, |
| Dft | George Russ Schultz, Jordon K. Cameron - GDP Tuning |
| Dft | Matthew D. Spring H&S Performance |
| Dft | Wesley D. Felix - Lance Hunter |

DATE: 06/14/2018   Time Start: 10:00 a.m. to Break 11:30 a.m. to Time Start: 1:30 p.m. And Time End 4:00 p.m.

MATTER SET: Continuation of Motion Hearing on all pending motions

DOCKET ENTRY:

Counsel are present. The court hears oral argument on the pending motions. After discussion, the court takes the following motions under advisement.

Motion [297] for Partial Summary Judgment filed by Techit and Thomas Wood., Motion [281] for Summary Judgment filed by GDP Tuning, Motion [314] for Summary Judgment filed by filed by Thomas Wood, Motion [303] for Summary Judgment filed by Defendant H&S Performance, Motion [300] for Summary Judgment filed by Techit, Motion [288] for Summary Judgement Re: Plaintiffs Trade Secret Claims filed by EZ Lynks, Motion [313] for Summary Judgment filed by Lance Hunter, Motion [280] for Summary Judgment filed by Defendant EZ Lynk SEZC, and Motion [284] for Summary Judgment filed by Defendant EZ Lynk SEZC.

The Court denied Motion [310] for Summary Judgment filed by Plaintiffs Derive Power, Derive Systems. Remaining parties are to prepare and submit an order within 1 week.

The court VACATED the 3 day Final Pretrial Conference Hearing set for June 18, 2018 and set the following Hearings:

Final Pretrial Conference set for September 24, 25, & 26, 2018, at 10:00 a.m.
Suggested form of Pretrial Order due to chambers nlt September 19, 2018
Daubert hearing set for 7/18/2018, at 10:00 a.m. - Expert Robert Dezmelyk
Daubert hearing set for 7/19/2018, at 10:00 a.m. - Expert Steven Loundon
Daubert Hearing set for 8/1/2018, at 10:00 a.m. - Expert Ned S. Barnes -
Daubert Hearing set for 8/2/2018, at 10:00 a.m. - Expert Gil Miller -
Daubert Hearing set for 8/3/2018, at 10:00 a.m. - Expert Derk G. Ramussen