# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:16cv1066

Derive Power et al v. EZ Lynk SEZC et al

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Vincent Galluzzo, Brent Hatch |
| Dft | Sam Straight, Arthur Berger-Power Performance Enterprises |
| Dft | Jared Braithwaite - Thomas Wood & Techit |
| Dft | Carmeron M. Hancock, James Burton - EZ Lynk SEZC |
| Dft | George R. Schultz, Jordan Cameron - GDP Tuning |

DATE: 03/11/2019   Time Start: 3:45 p.m. to Time End: 4:15 p.m.

MATTER SET: EZ Lynk SECZ's Expedited Short Form Discovery MOTION [839] for Protective Order Re: Steven Loudon's Draft Hearing Materials

DOCKET ENTRY:

Counsel are present for parties. Argument heard by Mr. Burton regarding the Motion for Protective Order re: Steven Loudon. After discussion, the Court granted the Motion [839] for Protective Order.

Mr. Burton is to prepare and submit an order.