FILED
2019 MAR 27 PM 4:23
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DERIVE POWER, LLC; and DERIVE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EZ LYNK, SEZC; H&S PERFORMANCE, LLC; THOMAS WOOD; LANCE HUNTER; TECHIT, LLC; GDP TUNING, LLC; and POWER PERFORMANCE ENTERPRISES, INC., <br><br> Defendants. | Case No. 2:16-CV-01066-BSJ <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br><br> The Honorable Bruce S. Jenkins |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Derive Power, LLC and Derive Systems, Inc. and Defendants EZ Lynk, SEZC, Thomas Wood, TechIT, LLC, GDP Tuning, LLC and Power Performance Enterprises, Inc., by and through their respective undersigned counsel acting solely for and on behalf of their respective clients, hereby stipulate to the dismissal of all remaining claims and counterclaims in this matter with prejudice and in their entirety.

These dismissals, consents, and stipulations are each and all with consent of the opposing party. Each party shall bear its own costs and attorneys' fees. As a result, no claims remain in this matter and it may be closed.

**So Ordered.**

Dated: March 27, 2019

/s/ The Honorable Bruce S. Jenkins

WHITE & CASE LLP

By: /s/Michael J. Songer
Michael J. Songer
&
CROWELL & MORING LLP
Mark A. Klapow
Aryeh S. Portnoy
Vincent J. Galluzzo
Christine B. Hawes
Astor H. Heaven
Craig P. Lytle
Robert B. Kornweiss
&
HATCH, JAMES & DODGE, P.C.
Brent O. Hatch
Lara A. Swensen
Dillon P. Olson
Phillip J. Russell
Attorneys for Plaintiffs
DERIVE POWER, LLC &
DERIVE SYSTEMS, INC.

KIRTON MCCONKIE

By: /s/Cameron M. Hancock
Cameron M. Hancock
James T. Burton
Joshua S. Rupp
Attorneys for Defendant
EZ LYNK, SEZC
*(SIGNED BY FILING ATTORNEY WITH PERMISSION)*

MASCHOFF BRENNAN

By: /s/Jared J. Braithwaite
Kirk R. Harris
Jared J. Braithwaite
Daniel R. Barber
Attorneys for Defendants
TECHIT, LLC and Thomas Wood
*(SIGNED BY FILING ATTORNEY WITH PERMISSION)*

| | |
|---|---|
| RAY QUINNEY & NEBEKER | SCHULTZ & ASSOCIATES |
| By: /s/Arthur B. Berger<br>Arthur B. Berger<br>Samuel C. Straight<br>Michael K. Erickson<br>Adam K. Richards<br>Attorneys for Defendant POWER PERFORMANCE ENTERPRISES, LLC<br>*(SIGNED BY FILING ATTORNEY WITH PERMISSION)* | By: /s/George R. Schultz<br>George R. Schultz<br>Nicole Risher Marsh<br>&<br>DURHAM JONES PINEGAR<br>Jordan K. Cameron<br>Attorneys for Defendant GDP TUNING, LLC<br>*(SIGNED BY FILING ATTORNEY WITH PERMISSION)* |